UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOLAND MARINE & INDUSTRIAL, LLC * | CIVIL ACTION NO.: |
| * | |
| VERSUS * | SECTION " " |
| * | |
| JSC MURMANSK SHIPPING COMPANY, * | |
| *in personam*, and * | MAGISTRATE DIV. |
| M/V POMORYE, her engines, tackle, * | |
| apparel, etc., *in rem* * | |

## ORDER DIRECTING THE ISSUANCE OF PROCESS OF SUPPLEMENTAL ATTACHMENT AND GARNISHMENT

Pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure, the Clerk is directed to issue process of attachment and garnishment in the above-styled action as requested in Boland Marine & Industrial, LLC's Ex Parte Motion Authorizing Issuance of Process of Maritime Attachment and Garnishment and attach and garnish the following:

All tangible and intangible property of JSC Murmansk Shipping Company including the M/V POMORYE, her engines, tackle, apparel, appurtenances, etc.

Boland shall defend, indemnify and hold harmless the U.S. Marshal for any loss or damages associated with the attachment ordered herein.

**ORDERED** at New Orleans, Louisiana this 1st day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE

1