UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOLAND MARINE & INDUSTRIAL, LLC | CIVIL ACTION NO.: 2:18-cv-05544 |
| VERSUS | SECTION A \| DIVISION 2 |
| JSC JSC MURMANSK SHIPPING COMPANY, *in personam*, and | JUDGE ZAINEY |
| M/V POMORYE, her engines, tackle, apparel, etc., *in rem* | MAGISTRATE JUDGE WILKINSON |

## **COMPLAINT IN INTERVENTION**

The Complaint of Intervenors, Crescent Towing & Salvage Co., Inc. ("Crescent") and Cooper/T. Smith Mooring Co., Inc. ("CTS Mooring"), against Defendant, M/V POMORYE *in rem*, in a cause of action under 46 U.S.C. § 31342 and Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, avers as follow:

1.

At all times hereinafter, Intervenor, Crescent, was and is now a corporation organized under the laws of the state of Louisiana with its principal place of business located in New Orleans, Louisiana, who is authorized to do business within the State of Louisiana.

2.

At all times hereinafter, Intervenor, CTS Mooring, was and is now a corporation organized under the laws of the state of Louisiana with its principal place of business located in New Orleans, Louisiana, who is authorized to do business within the State of Louisiana.

3.

At all times hereinafter, Defendant, JSC Murmansk Shipping Company, was and is now a foreign corporation with its principal place of business located at 15 Kominterna Street, Murmansk, Russia, and was and is now owner or operator of the M/V POMORYE.

4.

At all times hereinafter, Defendant, M/V POMORYE (the "Vessel") was a bulk carrier bearing IMO No. 9428499, with an overall length of 180.5 meters, overall breadth of 22.9 meters, and flying under the flag of Russia whose operator and owner *pro hac vice* is believed to be JSC Murmansk Shipping Company, 15 Kominterna Street, Murmansk, Russia. The Vessel is presently in the jurisdiction of the Eastern District of Louisiana but is soon scheduled to sail.

5.

This is a claim, *in rem*, under the maritime jurisdiction of the United States and this Honorable Court in accordance with 28 U.S.C. § 1333, Rule 9(h) of the Federal Rules of Civil Procedure, and Rule C of the Supplemental Rules for Certain Admiralty & Maritime Claims.

6.

Crescent provided harbor tugs for docking, undocking, and assisting the M/V POMORYE within the jurisdiction of the Eastern District of Louisiana between April 13, 2018 and May 16, 2018 at the request of the Vessel's Agent, Gulf Inland Marine. The work, as directed, was for towage and necessaries in the jurisdiction of the Eastern District of Louisiana which gives rise to maritime liens under the law.

7.

CTS Mooring provided linesmen/mooring services to the M/V POMORYE within the jurisdiction of the Eastern District of Louisiana between April 13, 2018 and May 16, 2018 at the

request of the Vessel's Agent, Gulf Inland Marine. The work was for mooring assistance and necessaries in the jurisdiction of the Eastern District of Louisiana which gives rise to maritime liens under law.

8.

The services provided by Crescent for towage/necessaries was for $58,596.23, which has not been paid despite demand. The services provided by CTS Mooring for mooring assistance/necessaries was for $1,985, which has not been paid despite demand. The Vessel is presently in the jurisdiction of the Eastern District of Louisiana but is, upon information and belief, soon scheduled to sail.

9.

A suit has been filed in the above-referenced matter by another party, Boland Marine and Industrial, L.L.C., claiming a maritime lien for repair services and dockage fees provided to the M/V POMORYE. The instant Complaint of Intervention arises out of the same voyage/subject matter and accordingly, Crescent and CTS Mooring are entitled to intervene and assert their maritime liens/claims against the Vessel, *in rem*, in accordance with Rule 24 of the Federal Rules of Civil Procedure and Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

WHEREFORE, Intervenors, Crescent Towing & Salvage Co., Inc. and Cooper/T. Smith Mooring Co., Inc., pray that:

1. A copy of the Verified Complaint of Intervention be served upon the Vessel, *in rem*;
2. All persons claiming any right, title, or interest in the Vessel her engines, boilers, tackle, appurtenances, etc., be summoned to appear, file their claim, as owner, and to answer under

oath all and singular the matters aforesaid, and that after due proceedings, said Vessel be condemned and sold to pay the demands aforesaid, with interest costs, and disbursements;

3. That the Court recognize a maritime lien against the Defendant, *in rem*, in favor of Crescent Towing and Salvage Co., Inc. in the amount of approximately $58,596.23;

4. That the Court recognize a maritime lien against the Defendant, *in rem*, in favor of Cooper/T. Smith Mooring Co., Inc. in the amount of approximately $1,985;

5. That a Warrant of Arrest be issued calling for the Vessel to be seized to satisfy the Intervenors' claim; and

6. That Judgment be entered in favor of Crescent Towing & Salvage Co., Inc. and Cooper/T. Smith Mooring Co., Inc. against the Vessel, *in rem*, in the amounts of approximately $58,596.23 and $1,985 respectively, together with all other amounts shown at trial including, but not limited to, attorney fees, and that this Judgment be recognized as a priority claim based upon the Federal Maritime Lien Act so that it is paid in preference and priority to all other claims of liens including any ship mortgage(s).

Respectfully submitted:

SALLEY HITE MERCER & RESOR, LLC

*/s/ Kevin Frey*
DAVID M. FLOTTE T.A. (#1364)
KEVIN M. FREY (#35133)
365 Canal Street
One Canal Place, Suite 1710
New Orleans, Louisiana 70130
Tel.: (504) 566-8800
Fax: (504) 566-8828
Email: dflotte@shmrlaw.com
kfrey@shmrlaw.com

Counsel for Intervenors, Crescent Towing & Salvage Co., Inc. and Cooper/T. Smith Mooring Co., Inc.

## CERTIFICATE OF SERVICE

       I hereby certify that on June 1, 2018, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed.

*/s/ Kevin Frey*
KEVIN M. FREY

**PLEASE SERVE AND ARREST:**

1.     **M/V POMORYE,** whenever found within the jurisdiction of the Eastern District of Louisiana, with the Complaint in Intervention.