UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOLAND MARINE & INDUSTRIAL, LLC | CIVIL ACTION NO.: 2:18-cv-05544 |
| VERSUS | SECTION A \| DIVISION 2 |
| JSC JSC MURMANSK SHIPPING COMPANY, *in personam*, and | JUDGE ZAINEY |
| M/V POMORYE, her engines, tackle, apparel, etc., *in rem* | MAGISTRATE JUDGE WILKINSON |

## ORDER FOR LEAVE TO FILE INTERVENTION

IT IS HEREBEY ORDERED that Crescent Towing & Salvage Co., Inc. and Cooper/T. Smith Mooring Co. Inc.'s Uncontested Motion for Leave to File Intervention is GRANTED.

New Orleans, Louisiana this  4th  day of _____June_____, 2018.

_____
UNITED STATES DISTRICT JUDGE