UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOLAND MARINE & INDUSTRIAL, LLC** * | |
| * | CIVIL ACTION NO.: 2:18-cv-05544 c/w NO: 2:18-cv-5565 |
| **VERSUS** * | |
| * | |
| * | SECTION "A" DIVISION 2 |
| **JSC MURMANSK SHIPPING COMPANY,** * | |
| *in personam*, and * | JUDGE ZAINEY |
| **M/V POMORYE**, her engines, tackle, * | |
| apparel, etc., *in rem* * | MAG. JUDGE WILKINSON |
| * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

**CONSIDERING** the foregoing Consent Motion to Deem Supply of Fuel and Freshwater *Custodia Legis* Expenses, and there being no opposition to the granting of same;

**IT IS HEREBY ORDERED** that the provision of diesel fuel to the M/V POMORYE by Boland Marine & Industrial, LLC on August 5, 2018 in the amount of $22,950.00 be and is deemed a *custodia legis* expense;

**IT IS HEREBY FURTHER ORDERED** that the provision of freshwater to the to the M/V POMORYE by Boland Marine & Industrial, LLC on August 14, 2018 in the amount of $4,785.00 be and is deemed a *custodia legis* expense;

New Orleans, Louisisna this 16th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE