UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COUVILLION GROUP, LLC** | CIVIL ACTION NO: 18-5565 C/W No. 18-5544 |
| Plaintiff, | |
| vs. | SECTION "A" |
| | Honorable Jay C. Zainey |
| **MURMANSK SHIPPING CO.**, *in personam*, and the M/V POMORYE (IMO No. 9428499), Her Engines, Boilers, Tackle, Furniture, Apparel, Appurtenances, etc., *in rem*, | MAGISTRATE (2) Honorable Michael North |
| Defendants. | |

## ORDER

Considering Plaintiff's *Ex Parte* Motion for Entry of a Final Default Judgment, the exhibits and affidavit thereto, and the applicable law, and it appearing that the conditions for the entry of a final default judgment under Rule 55(b)(2) of the Federal Rules of Civil Procedure exist,

**IT IS HEREBY ORDERED** that Plaintiff's Motion be and hereby is granted. A final default judgment in the full amount of Plaintiff's claims, plus costs and pre-judgment and post-judgment interest shall be entered.

New Orleans, Louisiana, this 10th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE