UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| **COUVILLION GROUP, LLC** | CIVIL ACTION NO: 18-5565 C/W No. 18-5544 |
| **Plaintiff,** | |
| vs. | SECTION "A"<br>Honorable Jay C. Zainey |
| **MURMANSK SHIPPING CO.,** *in personam*, and the M/V POMORYE (IMO No. 9428499), Her Engines, Boilers, Tackle, Furniture, Apparel, Appurtenances, etc., *in rem*, | MAGISTRATE (2)<br>Honorable Michael North |
| **Defendants.** | |

_____

## JUDGMENT

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Judgment is hereby rendered against Defendants, Murmansk Shipping Co., *in personam*, and the M/V POMORYE (IMO No. 9428499), her engines, boilers, tackle, furniture, apparel, appurtenances, etc., *in rem*, and in favor of Plaintiff, Couvillion Group, LLC, in the principal amount of $103,343.13, plus pre-judgment interest totaling $5,962.75, plus costs and post-judgment interest at the rate of 18% per annum in accordance with the parties' Agreement.

New Orleans, Louisiana, this ___10th___ day of _____September_____, 2018.

_____
UNITED STATES DISTRICT JUDGE