UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BOLAND MARINE & INDUSTRIAL, LLC** | * | |
| | * | CIVIL ACTION NO.: 2:18-cv-05544  c/w NO: 2:18-cv-5565 |
| **VERSUS** | * | |
| | * | |
| | * | SECTION "A" DIVISION 2 |
| **JSC MURMANSK SHIPPING COMPANY,** | * | |
| *in personam*, and | * | JUDGE ZAINEY |
| **M/V POMORYE, her engines, tackle,** | * | |
| **apparel, etc.,** *in rem* | * | MAG. JUDGE WILKINSON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR INTERLOCUTORY SALE

**NOW INTO COURT** through undersigned counsel comes plaintiff, Boland Marine & Industrial, LLC ("Boland Marine"), pursuant to Supplemental Rule E(9)(b) and Local Admiralty Rule 64.6, and the reasons set forth in the accompanying memorandum, moves this Honorable Court to schedule the interlocutory sale of the M/V POMORYE.

Respectfully submitted:

**LAW OFFICE OF CARY A. DES ROCHES**

/s/ Cary A. Des Roches
Cary A. Des Roches (LA Bar No. 19550)
225 Phosphor Avenue
Metairie, LA 70005
and
1100 Poydras Street
Suite 3250
New Orleans, LA 70170
Phone: (504) 588-1288
Facsimile: (504) 588-9750
cdr@desrocheslaw.com

1

*COUNSEL FOR BOLAND MARINE & INDUSTRIAL, LLC*

And

**COUHIG PARTNERS, LLC**
Robert E. Couhig, Jr. (La. Bar No. 4439)
Robert E. Couhig, III (La. Bar No. 29811)
Jeffrey T. Pastorek (La. Bar No. 33309)
1100 Poydras Street, Suite 3250
New Orleans, LA 70163
T: (504) 588-1288
F: (504) 588-9750
rcouhig@couhigpartners.com
jpastorek@couhigpartners.com
COUNSEL FOR BOLAND MARINE & INDUSTRIAL, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

    ( ) Hand Delivery    ( ) Prepaid U.S. Mail
    ( ) Facsimile    ( ) Federal Express
    ( ) Electronic Mail    (x) CMF/ECF

New Orleans, Louisiana this 12th day of September 2018.

    /s/ Cary A. Des Roches
    CARY A. DES ROCHES