**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BOLAND MARINE & INDUSTRIAL, LLC** * | |
| * | **CIVIL ACTION NO.: 2:18-cv-05544  c/w NO: 2:18-cv-5565** |
| **VERSUS** * | |
| * | |
| * | **SECTION "A" DIVISION 2** |
| **JSC MURMANSK SHIPPING COMPANY,** * | |
| *in personam*, and * | **JUDGE ZAINEY** |
| **M/V POMORYE, her engines, tackle,** * | |
| **apparel, etc.,** *in rem* * | **MAG. JUDGE WILKINSON** |
| * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER</u>

Considering the foregoing Motion, and it appearing that the conditions for the entry of preliminary default under Rule 55(a) of the Federal Rules of Civil Procedure exist:

**IT IS HEREBY ORDERED** that the Clerk of Court enter preliminary default against defendants, Murmansk Shipping Co. ("Murmansk"), *in personam*, and the M/V POMORYE (IMO No. 9428499), Her Engines, Boilers, Tackle, Furniture, Apparel, Appurtenances, etc., *in rem*, in favor of Boland Marine & Industrial, LLC.

New Orleans, Louisiana, this 14th day of September 2018.

_____
WILLIAM W. BLEVINS, CLERK OF COURT
James Crull, Deputy Clerk

1