UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOLAND MARINE & INDUSTRIAL, LLC** * | CIVIL ACTION NO.: 2:18-cv-05544 |
| * | c/w NO: 2:18-cv-5565 |
| **VERSUS** * | |
| * | SECTION "A" DIVISION 2 |
| * | |
| **JSC MURMANSK SHIPPING COMPANY,** * | JUDGE ZAINEY |
| *in personam*, and * | |
| **M/V POMORYE**, her engines, tackle, * | MAG. JUDGE WILKINSON |
| apparel, etc., *in rem* * | |
| * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ENTRY OF DEFAULT

**CONSIDERING THE FOREGOING** Joint Motion for Entry of Default Pursuant to *FRCP 55(a)* Barring Unasserted Claims;

**FURTHER CONSIDERING** that on June 1, 2018, both plaintiffs in the above-captioned consolidated cases, Boland Marine & Industrial, LLC and the Couvillion Group, LLC, caused the U.S. Marshal to arrest and attach the M/V POMORYE. Thereafter, on June 20 and 27, 2018, and in accordance with Local Rule 64.1 both plaintiffs Boland Marine & Industrial, LLC and the Couvillion Group, LLC, advertised their respective notices of arrest and attachment of the M/V POMORYE in the *Times Picayune*, which notices provided that claimants had twenty-one (21) days from the date of publication to assert their respective claims. To date, only the following additional claimants have timely asserted claims in this matter: Crescent Towing & Salvage Co., Inc., Cooper/T. Smith Mooring Co., Inc. and Gulf-Inland Marine Services, LLC. There being no other claims timely asserted, a default is hereby entered against any and all

1

2

other unasserted *in rem* and *quasi in rem* claims against the M/V POMORYE, her engines, tackle, apparel, appurtenances, etc.

NEW ORLEANS, LOUISIANA this 28th day of September 2018.

_____
WILLIAM W. BLEVINS, CLERK
James Crull, Deputy Clerk