UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLAND MARINE & INDUSTRIAL, LLC,<br>　　　　　　　Plaintiff | * | CIVIL ACTION |
| | * | NO. 18-5544 C/W 18-5565 |
| VERSUS | | **ALL CASES** |
| | * | |
| | | SECTION "A" (2) |
| JSC MURMANSK SHIPPING COMPANY, *in personam*, and M/V POMORYE, her engines, tackle, apparel, etc., *in rem* | * | |
| | | JUDGE ZAINEY |
| | * | MAG. NORTH |
| 　　　　　　　Defendants | | |
| *　*　*　*　*　*　*　*　* | | |

## CONSENT MOTION FOR LEAVE TO INTERVENE

NOW INTO COURT, through undersigned counsel, come Intervenors, Wrist USA (Houston), Inc. (a/k/a "Wrist Ship Supply") (f/k/a "World Ship Supply"), and Karlo Corporation, who respectfully move this Honorable Court for an Order authorizing the filing of an Intervention in the above-referenced matter in accordance with Rule 24(a)(2) of the Federal Rules of Civil Procedure. Specifically, Intervenors move for leave to intervene as plaintiffs in this action and to file the attached Complaint in Intervention. In accordance with Local Rule 7.6, Intervenors have obtained consent from the other parties to this action who have appeared, specifically Boland Marine & Industrial, LLC, Crescent Towing & Salvage Co., Inc., Cooper/T. Smith Mooring Co., Inc., Gulf-Inland Marine Services, Inc., and Couvillion Group, LLC; no party opposes this motion.

1

**Factual Background**

This is an action in admiralty initiated by Boland Marine in Civil Action No. 18-5544 to secure payment for repairs made on the M/V POMORYE through an *in rem* action against the M/V POMORYE and an *in personam* claim against its owner, JSC Murmansk Shipping Company ("Murmansk").  Gulf-Inland Marine, Crescent and Cooper/T. Smith Mooring intervened, asserting liens *in rem* and making claims for services provided to the M/V POMORYE and Murmansk.  A similar Complaint was filed by Couvillion in Civil Action No. 18-5565 to secure payment for its salvage of two lost anchors in the lower Mississippi River by the M/V POMORYE.  The two lawsuits have now been consolidated.

Wrist possesses a maritime lien and a *custodia legis* claim against the M/V POMORYE; Wrist and Karlo also have *in personam* claims against the M/V POMORYE's owner, Murmansk.  The interests of Wrist and Karlo are not adequately represented by any of the existing parties.

Wrist and Karlo just became aware of this pending litigation on or about 23 September 2018.  Sufficient time remains for the parties to conduct any necessary discovery with regard to their claims without impacting any trial date.  Moreover, both intervenors have interests in this action, and Wrist is a holder of a maritime lien against the M/V POMORYE that may be paid or satisfied through *in rem* procedures of this Honorable Court.  In addition, the interests of Wrist and Karlo would be impaired and impeded if they are not permitted to intervene and assert their right to collect the amounts owed to them by the M/V POMORYE and her owners, Murmansk.

Finally, no other parties are in a position to adequately represent Wrist and Karlo and the proposed Intervention satisfies the factors that this Honorable Court should consider under Rule 24(a)(2) and is therefore proper.

WHEREFORE, premises considered, Wrist USA (Houston), Inc. and Karlo Corporation respectfully pray that this Honorable Court grant their Motion for Leave to Intervene and permit them to file the attached Complaint-in-Intervention against the M/V POMORYE, *in rem* and JSC Murmansk Shipping Company, *in personam*.

    Respectfully submitted,

    MURPHY, ROGERS, SLOSS,
     GAMBEL & TOMPKINS

    _/s/ John H. Musser, V_
    John H. Musser, V (#22545)
    jmusser@mrsnola.com
    Robert H. Murphy (#9850)
    rmurphy@mrsnola.com
    Tarryn E. Walsh (#36072)
    twalsh@mrsnola.com
    701 Poydras Street
    Suite 400, One Shell Square
    New Orleans, LA   70139
    Telephone:  (504) 523-0400
    Facsimile:  (504) 523-5574
    *Attorneys for Intervenors, Wrist USA*
    *(Houston), Inc., and Karlo Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 2 October 2018, a copy of the foregoing pleading was sent to all counsel of record, either by the Court's CM/ECF system, by hand, by e-mail, by telefax or by placing same in the United States mail, properly addressed, and first class postage prepaid.

                                                                          */s/ John H. Musser, V*

4838-8079-8326, v. 1