UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLAND MARINE & INDUSTRIAL, LLC | * | |
| | * | CIVIL ACTION NO.: 2:18-cv-05544  c/w NO: 2:18-cv-5565 |
| VERSUS | * | |
| | * | |
| | * | SECTION "A" DIVISION 2 |
| JSC MURMANSK SHIPPING COMPANY, *in personam*, and | * | |
| | * | JUDGE ZAINEY |
| M/V POMORYE, her engines, tackle, apparel, etc., *in rem* | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

******************************************

## ORDER

**CONSIDERING** the foregoing Ex Parte Consent Motion to Conduct a Valuation Survey of the M/V POMORYE;

**IT IS HEREBY ORDERED** that a marine surveyor with Sabine Surveyors, Ltd. is appointed to conduct a valuation survey aboard the M/V POMORYE and that the costs of same, including the report, be allocated as a *custodia legis* expense.

NEW ORLEANS, LOUISIANA this 22nd day of October 2018.

_____
UNITED STATES DISTRICT JUDGE