UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLAND MARINE & INDUSTRIAL, LLC,<br>Plaintiff | * | CIVIL ACTION |
| | * | NO. 18-5544 C/W 18-5565 |
| VERSUS | | **ALL CASES** |
| | * | |
| | | SECTION "A" (2) |
| JSC MURMANSK SHIPPING COMPANY, *in personam*, and M/V POMORYE, her engines, tackle, apparel, etc., *in rem*<br>Defendants | * | JUDGE ZAINEY |
| | * | MAG. NORTH |
| * * * * * * * * * | | |

## ORDER

Considering the foregoing First Motion to Authorize *In Custodia Legis* Expenses of Wrist USA (Houston), Inc.;

**IT IS HEREBY ORDERED** that this Court hereby authorizes Wrist USA (Houston), Inc. to incur *custodia legis* costs in the total amount of $42,746.34, or such lesser amount as it actually incurred, all as detailed in the Declaration of Julian Hillery, Wrist's Chairman, Exhibit "1" to the First Motion to Authorize *In Custodia Legis* Expenses.

New Orleans, Louisiana, this __11th__ day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE