UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOLAND MARINE & INDUSTRIAL, LLC** \* | |
| \* | CIVIL ACTION NO.: 2:18-cv-05544 c/w NO: 2:18-cv-5565 |
| **VERSUS** \* | |
| \* | |
| \* | SECTION "A" DIVISION 2 |
| **JSC MURMANSK SHIPPING COMPANY,** \* | |
| *in personam*, and \* | JUDGE ZAINEY |
| **M/V POMORYE,** her engines, tackle, \* | |
| apparel, etc., *in rem* \* | MAG. JUDGE NORTH |
| \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Ex Parte Consent Motion to Reset Sale Date,

**IT IS HEREBY ORDERED** that the instant motion is Granted and the Interlocutory Sale of the M/V POMORYE be and is re-set for January 21, 2019;

**IT IS FURTHER ORDERED** that the minimum bid for the sale of the M/V POMORYE at the U.S. Marshal's public auction remain fixed at $2 million (USD); and,

**IT IS FURTHER ORDERED** that the costs of advertising the U.S. Marshal's auction for the M/V POMORYE be deemed *custodia legis* expenses.

NEW ORLEANS, LOUISIANA this 17th day of December 2018.

_____
UNITED STATES DISTRICT JUDGE